**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1229**

———————

CAROLYN M. HOLT,

Plaintiff - Appellant,

versus

EDWARD P. CAMUS,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
99-532-PJM)

———————

Submitted:  July 13, 2000                Decided:  July 19, 2000

———————

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Carolyn M. Holt, Appellant Pro Se.  Bruce L. Marcus, Greenbelt,
Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carolyn M. Holt appeals the district court's orders dismissing two claims and granting summary judgment in favor of the Defendant on the third claim in this diversity civil action for defamation and related claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Holt v. Camus, No. CA-99-532-PJM (D. Md. Oct. 5, 1999; Feb. 1, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's orders are marked as "filed" on October 4, 1999, and January 31, 2000, respectively, the district court's records show that they were entered on the docket sheet on October 5, 1999, and February 1, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2